IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:25-cv-01200-NRN

The Garrett Constr. Co., LLC; Eric Garrett; and Evan Brown,

    Plaintiffs,

v.

ECS, LLC, f/k/a Eagle Contracting Services,

    Defendant.

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, The Garrett Constr. Co., LLC; Eric Garrett; and Evan Brown, by and through their counsel, Burg Simpson Eldredge Hersh & Jardine, P.C., submit their notice of voluntary dismissal as follows:

Defendant has neither answered nor filed a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs voluntarily dismiss their claims against Defendant without prejudice.

Respectfully submitted May 6, 2025.

    */s/ Patrick M. Sweet*
David K. TeSelle, Reg. No. 29648
    dteselle@burgsimpson.com
Patrick M. Sweet, Reg. No. 51130
    psweet@burgsimpson.com
Sophia E. Kyziridis, Reg. No. 57234
    skyziridis@burgsimpson.com
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112
Phone: (303) 792-5595
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 6, 2025, a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served on the following:

Shannon M. Bell
Kelly Law Partners, LLC
501 South Cherry Street, Suite 1100
Denver, Colorado, 80246
Direct: 720-236-1797
sbell@kellylawpartners.com
*Attorneys for Defendant*

/s/ *Brenda Westra*